### FISHER et al. v. PETTY et al.

No. 7251—Opinion Filed May 8, 1917.

(165 Pac. 163.)

**Appeal and Error—Failure of Defendant in Error to File Brief—Reversal.**

When plaintiff in error, in conformity with the rules of the Supreme Court, has prepared, served, and filed a brief, and no brief is filed, and no reason is given for its absence, on behalf of defendant in error, this court is not required to search the record to find some theory upon which the judgment below may be sustained; but where the brief filed appears reasonably to sustain the assignments of error, the court may reverse the judgment in accordance with the prayer of the petition of the plaintiff in error.

(Syllabus by Rummons, C.)

Error from District Court, Roger Mills County; T. P. Clay, Judge.

Action by Mary E. Petty and others against George F. Fisher and others. Judgment for plaintiffs, and defendant George F. Fisher brings error. Reversed and remanded.

T. L. Turner, for plaintiff in error.

Opinion by RUMMONS, C. Plaintiff in error duly completed, served, and filed his

case-made, with petition in error attached, and in due time, and in conformity with the rules of this court, prepared, served, and filed his brief; but the defendant in error has failed to file his brief, or give an excuse for such failure. The brief of plaintiff in error reasonably sustains the assignments of error made by him. This court, not being required to search the records, in the absence of a brief on behalf of defendant in error, for reasons to sustain the judgment of the trial court, may reverse the case upon the brief of the plaintiff in error.

The judgment of the court below should therefore be reversed, and this cause remanded, with directions to the trial court to grant plaintiff in error a new trial.

By the Court: It is so ordered.